No. A–833. HOLLIDAY ET AL. *v.* HAUPTMAN, TRUSTEE. C. A. 2d Cir. Application for stay, addressed to MR. JUSTICE WHITE and referred to the Court, denied.

No. D–152. IN RE DISBARMENT OF WATERS. Disbarment entered. [For earlier order herein, see 439 U. S. 1042.]

No. D–157. IN RE DISBARMENT OF MITCHELL. Disbarment entered. [For earlier order herein, see 440 U. S. 933.]

No. D–176. IN RE DISBARMENT OF PRAVDA. Disbarment entered. [For earlier order herein, see 444 U. S. 895.]

No. D–179. IN RE DISBARMENT OF KYLE. Disbarment entered. [For earlier order herein, see 444 U. S. 912.]

No. D–185. IN RE DISBARMENT OF MITCHELL. It is ordered that Freeman D. Mitchell, of Atlanta, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. Motion of the Special Master, Walter P. Armstrong, Jr., for allowance of additional compensation and reimbursement of expenses, as set forth in the motion, granted, and it is ordered that such costs be borne equally by the United States and Louisiana. The Court defers action at this time on the Special Master's suggestion for discharge with respect to the reference of October 20, 1975 [423 U. S. 909]. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier order herein, see, *e. g.,* 445 U. S. 923.]

No. 78–1881. CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA *v.* CAMPA ET AL., 444 U. S. 1028. Motion of appellees for attorney's fees denied.